UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ELENA BUGAEVA, *individually and on behalf of all others similarly situated*,

                            Plaintiffs,

-against-

HIGHGATE HOTELS, L.P.,

                            Defendant.
-----------------------------------------------------------X

24-cv-10001 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

On March 5, 2025, the parties stated that "they will file a letter updating the Court on the status of the mediation, any settlement, and potential consolidation, no later than May 16, 2025." (Doc. 14.) To date, the parties have failed to provide any such status update letter. Accordingly, it is hereby:

ORDERED that the parties file a letter within seven (7) days updating me with a status of this action, including the progress of any settlement discussions or mediation efforts.

SO ORDERED.

Dated:    May 21, 2025
             New York, New York

                                                          Vernon S. Broderick
                                                           United States District Judge