```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/07/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ELENA BUGAEVA, et al.,

                        Plaintiffs,          24-CV-10001 (VSB) (KHP)

    -against-           **ORDER ADJOURNING INITIAL**
                                                                            **CASE MANAGEMENT**
HIGHGATE HOTELS, L.P.,                        **CONFERENCE**

                        Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the parties' representation that they have settled this matter, the Initial Case Management Conference previously scheduled for **August 14, 2025** is hereby adjourned *sine die*.

                    **SO ORDERED.**

DATED:    New York, New York
                August 7, 2025

                                                             _____
                                                             KATHARINE H. PARKER
                                                            United States Magistrate Judge